UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS AND PAINTERS LOCA,

       Petitioner,

v.

NATIONAL DRYWALL INC. a/k/a NATIONAL DRYWALL INTERIOR'S INC.,

       Respondent.

24-CV-3690 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On May 14, 2024, Petitioner filed a complaint seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

  Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by May 31, 2024. Respondent's opposition, if any, is due on June 28, 2024. Petitioner's reply, if any, is due on July 12, 2024.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:   May 16, 2024
         New York, New York

_____
RONNIE ABRAMS
United States District Judge