UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES,
AFL-CIO, and TRUSTEES OF THE
DRYWALL TAPERS AND POINTERS
 LOCAL UNION NO. 1974 BENEFIT FUNDS,

      Petitioners,         24 **CIVIL** 3690 (RA)

  -against-            **JUDGMENT**

NATIONAL DRYWALL INC. a/k/a
NATIONAL DRYWALL INTERIOR'S INC.,

      Respondent.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 04, 2024, the Petition is granted. Judgment is entered for the Petitioners in the amount of $3,500.00. Petitioners are also granted $2,880.00 in attorney's fees and $523.00 in costs arising out of filing the Petition.; accordingly, the case is closed.

**Dated**: New York, New York
   November 04, 2024

                   **DANIEL ORTIZ**
                  _____
                   **Acting Clerk of Court**

        **BY:**
                  _____
                   **Deputy Clerk**